**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6701**

─────────────

ALBERT WILLIAMS HOYTE,

                                        Plaintiff - Appellant,

        versus

SHERIFF MCFARLIN; GORDON B. JENKINSON, a/k/a
Bubba; DUANE SHULER, Assistant Solicitor;
ELEANOR BELTON-SAVAGE, Officer; DAVID F.
MCINNIS, Judge; LEGRANDE CARRAWAY, Public De-
fender of Williamsburg County; WILLIAMSBURG
COUNTY; RANDY GRAYSON, Officer,

                                        Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Joseph F. Anderson, Jr., District
Judge.  (CA-97-885-2-17AJ)

─────────────

Submitted:  September 28, 1999        Decided:  November 24, 1999

─────────────

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Albert Williams Hoyte, Appellant Pro Se.  Marvin Coleman Jones,
Christy Scott Stephens, BOGOSLOW & JONES, Walterboro, South Caro-
lina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Albert Williams Hoyte appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hoyte v. McFarlin, No. CA-97-885-2-17AJ (D.S.C. July 16, 1997; Mar. 12, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED